UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MITCH LACLAIR ,

                  Plaintiff,                          **NOTICE OF SETTLEMENT**

     v.                                     **Civil Action No. 20-CV-06413**

TRANSWORLD SYSTEMS, INC.,

                  Defendant.
_____

       NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a Stipulation of Discontinuance of this action with prejudice pursuant to Fed. R. Civ.P.41(a) by October 27, 2020.

DATED: August 28, 2020

                                       /s/ Seth J. Andrews
                                       Seth J. Andrews, Esq.
                                       Law Offices of Kenneth Hiller, PLLC
                                       Attorneys for Plaintiff
                                       6000 N. Bailey Avenue – Suite 1A
                                       Amherst, New York 14226
                                       (716) 564-3288
                                       sandrews@kennethhiller.com